UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Julie Hartigan,

        Plaintiff,

v.

State of Minnesota; City of Plymouth; Gislason, Martin, Varpness & Janes; Bassford Remele; Richard I. Diamond, P.A.; Kingdom Exteriors; Western National Mutual Insurance; Western National Assurance Company; Dave Mundahl & Associates; Crown Renovations; W.J. Wilson Construction; Carolina Marroquin Co.; Garcia Roofing/Moises Garcia Roofing; Acuity Insurance; Daniels & Wymore, PLLC; Hennepin County; Jeffrey Robinson; and League of Minnesota Cities,

        Defendants.

Civil No. 10-3167 (JNE/JJK)
ORDER

In a Report and Recommendation dated August 9, 2010, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that Plaintiff's application to proceed in forma pauperis be denied, that Plaintiff's motion for extension of time be denied as moot, and that this action be summarily dismissed for lack of jurisdiction. Plaintiff did not file an objection to the Report and Recommendation, but rather she submitted a letter [Docket No. 26]. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 25]. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's application to proceed in forma pauperis [Docket No. 2] is DENIED.

    2.    Plaintiff's motion for extension of time [Docket No. 3] is DENIED AS MOOT.

1

3. This action is summarily DISMISSED for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 31, 2010

s/ Joan N. Ericksen  
JOAN N. ERICKSEN  
United States District Judge